JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYLIN MASIEL MORAZAN CENTENO,<br>Petitioner,<br>v.<br>WARDEN/FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-05009-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting the First Amended Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 2 of the First Amended Petition is granted and the other grounds are dismissed as moot.

DATED: October 19, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE